```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
YVONNE BOYCE,                            :
                                         :
              Plaintiff,                 :   04 Civ. 2091 (JSR)(KNF)
                                         :
         -v-                             :   ORDER
                                         :
BANK OF NEW YORK,                        :
                                         :
              Defendant.                 :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On September 13, 2005, the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that defendant's motion for summary judgment be granted on the grounds that plaintiff failed to establish a prima facie case of discrimination under either Title VII of the Civil Rights Act of 1964 or the Age Discrimination in Employment Act of 1967. Plaintiff timely filed objections.

Having therefore reviewed the record and the issues de novo, and having considered plaintiff's objections, the Court hereby adopts the Report and Recommendation, and, for the reasons stated therein, dismisses the plaintiff's claim with prejudice. Clerk to enter judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 29, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-30-05